■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SALTER, Appellant. [699 NYS2d 304] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered May 27, 1998, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual

review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review and, in any event, without merit. Sullivan, J. P., Joy, Krausman and Luciano, JJ., concur.